IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 1:07-MD-1845-TWT |
| ********************* | ) ) | ********************* |
| KRYSTINA BRUGH, et al., Plaintiffs, | ) ) ) ) | CIVIL ACTION NO. 1:08-CV-2932-TWT |
| v. | ) ) | |
| CONAGRA FOODS, INC., Defendant. | ) ) ) ) | |

**JOINT STIPULATION EXTENDING**
**SUMMARY JUDGMENT RESPONSE DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Defendant and counsel for the Plaintiffs that the deadline for Plaintiffs to file their response to ConAgra's motion for summary judgment shall be July 27, 2012.

This 19th day of June, 2012.

| Attorney for Plaintiff: | Attorneys for Defendant: |
|---|---|
| /s/ Robert D. Brown w/permission | /s/ James F. Neale |
| Robert D. Brown | James H. Walsh |
| Kenneth J. Allen & Associates, Inc. | VSB No. 15113 |
| 1109 Glendale Boulevard | Bethany G. Lukitsch |
| Valparaiso, Indiana  46383 | VSB No. 42859 |
| (219) 465-6292 | McGUIREWOODS LLP |
| | 901 East Cary Street |
| | Richmond, Virginia  23219 |
| | (804) 775-4356 |
| | (804) 698-2200 (Facsimile) |
| | |
| | James F. Neale |
| | VSB No. 43060 |
| | McGUIREWOODS LLP |
| | 310 Fourth Street, N.E., Suite 300 |
| | Charlottesville, Virginia 22902 |
| | (434) 977-2582 |
| | (434) 980-2263 (Facsimile) |
| | |
| | Angela M. Spivey |
| | GA Bar No. 672522 |
| | McGUIREWOODS LLP |
| | 1230 Peachtree Street, NE |
| | Promenade II, Suite 2100 |
| | Atlanta, Georgia  30309-3534 |
| | (404) 443-5720 |
| | (404) 443-5792 (Facsimile) |

SO ORDERED, this _____ day of June, 2012.

                                                    _____
                                                    Thomas W. Thrash, Jr.
                                                    Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 1:07-MD-1845-TWT |
| ******************** | ) ) | ******************** |
| KRYSTINA BRUGH, et al., Plaintiffs, v. CONAGRA FOODS, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:08-CV-2932-TWT |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that June 19, 2012, I electronically filed the foregoing *Joint Stipulation Extending Summary Judgment Response Deadline* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

                                               /s/ James F. Neale
                                               James F. Neale