IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| K.B., Individually, JOHN BRUGH and CHRISTINA BRUGH, Individually and as Parents and Natural Guardians of K.B., a Minor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:13-cv-296-JVB-APR |
| v. | ) ) | |
| CONAGRA FOODS, INC., | ) ) | |
| Defendant. | | |

## PLAINTIFFS' NOTICE OF MEDIATION SETTING

Plaintiffs, by counsel, KENNETH J. ALLEN LAW GROUP, LLC, respectfully provide notice to the Court that the parties have scheduled a mediation of this case for December 3, 2013 with Judge Donald P. O'Connell (retired).

Respectfully submitted,

KENNETH J. ALLEN LAW GROUP, LLC
Attorneys for Plaintiffs

/s/ Robert D. Brown
Robert D. Brown (11152-45)
1109 Glendale Boulevard
Valparaiso, IN 46383
Tel:   (219) 465-6292
Fax:   (219) 477-5181
rdb@kenallenlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

/s/ Robert D. Brown



*Reply to Office Indicated*

☑ **ALLEN LAW BUILDING:**
1109 Glendale Boulevard
Valparaiso, IN 46383
219.465.6292

☐ **JOILET OFFICE:**
1000 Essington Road
Joliet, IL 60435
815.725.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **TINLEY PARK OFFICE:**
16335 S. Harlem Avenue
Tinley Park, IL 60477
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **CHICAGO OFFICE:**
150 N. Michigan Avenue
Chicago, IL 60606
312.236.6292

www.kenallenlaw.com