IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| K.B., Individually, JOHN BRUGH and CHRISTINA BRUGH, Individually and as Parents and Natural Guardians of K.B., a Minor,<br><br>     Plaintiffs,<br><br>          v.<br><br>CONAGRA FOODS, INC.,<br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:13-cv-296-JVB-APR |

## STIPULATION FOR DISMISSAL

The parties, by counsel, stipulate to the dismissal of this action, with prejudice, and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Attorneys for Plaintiffs:

/s/ Robert D. Brown
Robert D. Brown
Kenneth J. Allen Law Group, LLC
1109 Glendale Boulevard
Valparaiso, Indiana 46383
(219) 465-6292

Attorneys for Defendant:

/s/ Angela M. Spivey w/permission
Angela M. Spivey
McGUIREWOODS LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5720

**CERTIFICATE OF SERVICE**

  I certify that on February 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

                    /s/ Robert D. Brown